**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Salomon GARCIA–RODRIGUEZ,**
**Defendant–Appellant.**

No. 09–50454.

United States Court of Appeals,
Ninth Circuit.

Submitted July 19, 2010.*

Filed Aug. 2, 2010.

Harold W. Chun, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Holly Hanover, The Law Offices of Holly S. Hanover, Spring Valley, CA, for Defendant–Appellant.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Salomon Garcia–Rodriguez appeals from the 46–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Garcia–Rodriguez contends that the district court procedurally erred by neglecting to meaningfully consider and address all of the factors set forth in 18 U.S.C.

§ 3553(a) and his request for a downward departure and failing to adequately explain the reasons for the sentence. The record reflects that the district court considered the section 3553(a) factors, provided a reasoned explanation for the sentence, and did not otherwise procedurally err. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc); *see also United States v. Diaz–Argueta,* 564 F.3d 1047, 1051–52 (9th Cir.2009).

Garcia–Rodriguez also contends that his sentence is substantively unreasonable in light of his mitigating personal circumstances and the minor nature of the prior conviction that was the basis for a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii). The record reflects that the 46–month sentence is substantively reasonable in light of the totality of the circumstances and the section 3553(a) factors. *See Gall v. United States,* 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *cf. United States v. Amezcua–Vasquez,* 567 F.3d 1050, 1055–56 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.